## THE STATE v. UTTERSON.

Criminal Case : NO ERROR FOUND.

*Appeal from Polk District Court,*—HON. JOSIAH GIVEN, Judge.

BECK, J.—The defendant was indicted and convicted of nuisance by unlawfully selling intoxicating liquors, and now appeals to this court. The cause has been presented to us without appearance of counsel for either party, and no arguments or briefs have been filed.

We have examined the case and find no errors in the record. The judgment of the district court is

AFFIRMED.

---

## THE STATE v. KEUHNER *et al.*

Criminal Case : NO ERROR FOUND.

*Appeal from Polk District Court*—HON JOSIAH GIVEN, Judge.

ROBINSON, J.—The appellants were convicted of the crime of nuisance committed by violating the law in regard to the sale of intoxicating liquors. The cause was submitted in this court, on a transcript of but a part of the record, without argument and without appearance for either party. We have carefully examined the transcript submitted, but do not find any error affecting the substantial rights of the appellants.

AFFIRMED.

---

## THE STATE v. ROBINSON.

Criminal Case : NO ERROR FOUND.

*Appeal from Council Bluffs Superior Court.*

No appearance for appellant.

*A. J. Baker,* Attorney General, for the State.

ROTHROCK, J.—This cause was submitted to us upon a paper purporting to be a transcript from the superior court of Council Bluffs, from which transcript it appears that the defendant was convicted of the charge of unlawfully catching fish with a net or seine in the waters of this state. The evidence upon which the conviction was had is not set forth in the transcript and, so far as it appears therefrom, the defendant was rightfully adjudged guilty of the offense charged.

AFFIRMED.